**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Digi International, Inc., a Delaware corporation authorized to do business in Minnesota,

Plaintiff,

vs.

Stallion Technologies, Inc., a California corporation, and Stallion Technologies Pty Ltd., an Australian Corporation,

Defendants.

**CASE NO.** 00-646 **DSD/JMM**

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

---

IT IS HEREBY AGREED AND STIPULATED by and between the parties that the time for the Defendants to respond to Plaintiff's Complaint is extended to ~~June 30, 2000~~ June 1, 2000. Plaintiff's counsel has given its verbal consent to the extension of time as well as to the submission of the Stipulation to the Court. This Stipulation is without waiver of any rights of either party.

Date: May 17, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ______________________
Cary B. Johnson (#186065)
45 South Seventh Street
Suite 3300
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR DEFENDANT STALLION TECHNOLOGIES, INC.**

**IT IS SO ORDERED.**
May 19, 2000

______________________
The Honorable John M. Mason

FILED MAY 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________