**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Digi International, Inc., a Delaware corporation authorized to do business in Minnesota,

Plaintiff,

vs.

Stallion Technologies, Inc., a California corporation, and Stallion Technologies Pty Ltd., an Australian Corporation,

Defendants.

**CASE NO. 00-646 DSD/JMM**

**AMENDED ORDER FOR EXTENSION OF TIME**

---

IT IS HEREBY ORDERED that the Defendants shall respond to the Plaintiff's Complaint on or before June 6, 2000.

**IT IS SO ORDERED.**

Dated: 5/31/00

The Honorable John M. Mason

FILED 5/31/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
TC2:492943 v01 05/16/2000
DEPUTY CLERK