UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-646(DSD/JMM)

Digi International, Inc.,

Plaintiff,

v.

**ORDER OF REFERENCE**

Stallion Technologies, Inc.,
et al.,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendants' motion to dismiss or in the alternative, to transfer which has been filed in this matter. Any such motion shall be heard before Magistrate Judge John M. Mason.

Dated: June 27, 2000

David S. Doty, Judge
United States District Court

FILED JUN 27 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______