# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Digi International, Inc.

Case No. Civil 00-646DSD/JMM

v.

JUDGMENT IN A CIVIL CASE

Stallion Technologies, Inc. and
Stallion Technologies PTY, LTd.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss or transfer is granted and plaintiff's complaint may be, and hereby is dismissed without prejudice.

DATE: August 31, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond

Denise La Fond, Deputy Clerk

20